**Fill in this information to identify the case:**

Debtor name    Gavazzi Cooling & Heating, Inc.

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    24-18940

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September 30, 2024    **X** /s/   Gregory Gavazzi
                        Signature of individual signing on behalf of debtor

                        Gregory Gavazzi
                        Printed name

                        President
                        Position or relationship to debtor

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   Gavazzi Cooling & Heating, Inc.

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known):   24-18940

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express PO Box 981537 El Paso, TX 79998-1537 | | Credit card purchases | | | | $25,088.99 |
| American Express PO Box 981537 El Paso, TX 79998-1537 | | Credit card purchases | | | | $3,971.25 |
| Chase Ink PO Box 15123 Wilmington, DE 19850-5123 | | Credit card purchases | | | | $21,041.55 |
| Citi PO Box 6004 Sioux Falls, SD 57117-6004 | | Credit card purchases | | | | $24,811.46 |
| Ferguson Enterprises LLC 190 North Oberlin Avenue Lakewood, NJ 08701 | | | | $27,027.00 | $0.00 | $27,027.00 |
| Home Depot PO Box 9001010 Louisville, KY 40290-1010 | | | | | | $14,084.89 |
| Lakeland Bank 250 Oak Ridge Oak Ridge, NJ 07438 | | Lakeland Bank Furniture & Equipment Machinery & Equipment Inventory | | $99,723.00 | $25,750.00 | $73,973.00 |
| Luvr, Schwab & Kase, Inc. 9 Gloria Lane Fairfield, NJ 07004 | | Trade debt | | | | $225,180.88 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Gavazzi Cooling & Heating, Inc. | Case number *(if known)* | 24-18940 |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Quality Cooling Supply 1409 Chestnut Ave Hillside, NJ 07205 | | Trade debt | | | | $6,376.18 |
| The Heating & Cooling Product LLC 58 Marion Ave Butler, NJ 07405 | | Trade debt | | | | $46,293.17 |
| Verizon Credit Card PO Box 530916 Atlanta, GA 30353 | | | | | | $9,618.95 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   Gavazzi Cooling & Heating, Inc.

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   24-18940

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................... $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................. $ _____ 187,250.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................... $ _____ 187,250.00

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ _____ 126,750.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................... $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ _____ 376,467.32

4. **Total liabilities** ....................................................................................................................
    Lines 2 + 3a + 3b                                                                                                                   $ _____ 503,217.32

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

**Fill in this information to identify the case:**

Debtor name    Gavazzi Cooling & Heating, Inc.

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    24-18940

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.    Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  Lakeland Bank | Checking | | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                                           $0.00

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☒ No.    Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.    Go to Part 4.
☒ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    140,000.00    -    0.00    = ....    $140,000.00
                            face amount              doubtful or uncollectible accounts

Debtor   Gavazzi Cooling & Heating, Inc.                                    Case number *(If known)*  24-18940
         Name

12.   **Total of Part 3.**                                                                    $140,000.00

      Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.   Raw materials** | | | | |
| **20.   Work in progress** | | | | |
| **21.   Finished goods, including goods held for resale** | | | | |
| **22.   Other inventory or supplies** Inventory | | $0.00 | | $9,000.00 |

23.   **Total of Part 5.**                                                                    $9,000.00

      Add lines 19 through 22.   Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
      ☒ No
      ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ☒ No
      ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.   Office furniture** Furniture & Equipment | $0.00 | | $750.00 |

| Debtor | Gavazzi Cooling & Heating, Inc. | Case number *(If known)* | 24-18940 |
|---|---|---|---|
| | Name | | |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
$750.00

Add lines 39 through 42.    Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  2012 Honda Pickup 380,000 miles | $0.00 | | $8,000.00 |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Machinery & Equipment | $0.00 | | $16,000.00 |

51.  **Total of Part 8.**
$24,000.00

Add lines 47 through 50.    Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Gavazzi Cooling & Heating, Inc. | Case number *(If known)* | 24-18940 |
|---|---|---|---|
| | Name | | |

---

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | | |
| | Earned retention tax credit | Tax year _____ | $13,500.00 |

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.

| |
|---|
| $13,500.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Gavazzi Cooling & Heating, Inc. | Case number *(If known)* 24-18940 |
|---|---|---|
| | Name | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $140,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $9,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $750.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $24,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $13,500.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $187,250.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $187,250.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Gavazzi Cooling & Heating, Inc.

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    24-18940

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1  Ferguson Enterprises LLC**<br>Creditor's Name<br><br>190 North Oberlin Avenue<br>Lakewood, NJ 08701<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br><br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $27,027.00 | $0.00 |
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2  Lakeland Bank**<br>Creditor's Name<br><br>250 Oak Ridge<br>Oak Ridge, NJ 07438<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>Lakeland Bank; Furniture & Equipment; Machinery & Equipment; Inventory<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $99,723.00 | $25,750.00 |
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Gavazzi Cooling & Heating, Inc. | | Case number (if known) | 24-18940 |
|---|---|---|---|---|
| | Name | | | |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $126,750.00

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name    and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

| Fill in this information to identify the case: |
|---|

Debtor name     Gavazzi Cooling & Heating, Inc.

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    24-18940

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☒ No. Go to Part 2.
    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |
|---|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>American Express<br>PO Box 981537<br>El Paso, TX 79998-1537 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,971.25 |
|  | **Date(s) debt was incurred** _ | **Basis for the claim:**  Credit card purchases |  |
|  | **Last 4 digits of account number**  2007 | Is the claim subject to offset? ☒ No   ☐ Yes |  |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>American Express<br>PO Box 981537<br>El Paso, TX 79998-1537 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25,088.99 |
|  | **Date(s) debt was incurred** _ | **Basis for the claim:**  Credit card purchases |  |
|  | **Last 4 digits of account number**  2028 | Is the claim subject to offset? ☒ No   ☐ Yes |  |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>Chase Ink<br>PO Box 15123<br>Wilmington, DE 19850-5123 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $21,041.55 |
|  | **Date(s) debt was incurred** _ | **Basis for the claim:**  Credit card purchases |  |
|  | **Last 4 digits of account number**  7895 | Is the claim subject to offset? ☒ No   ☐ Yes |  |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>Citi<br>PO Box 6004<br>Sioux Falls, SD 57117-6004 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $24,811.46 |
|  | **Date(s) debt was incurred** _ | **Basis for the claim:**  Credit card purchases |  |
|  | **Last 4 digits of account number**  2540 | Is the claim subject to offset? ☒ No   ☐ Yes |  |
| **3.5** | **Nonpriority creditor's name and mailing address**<br>Home Depot<br>PO Box 9001010<br>Louisville, KY 40290-1010 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,084.89 |
|  | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |  |
|  | **Last 4 digits of account number**  9687 | Is the claim subject to offset? ☒ No   ☐ Yes |  |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Gavazzi Cooling & Heating, Inc. | | Case number (if known) | 24-18940 |
|---|---|---|---|---|
| | Name | | | |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>Luvr, Schwab & Kase, Inc.<br>9 Gloria Lane<br>Fairfield, NJ 07004 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $225,180.88 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address**<br>Quality Cooling Supply<br>1409 Chestnut Ave<br>Hillside, NJ 07205 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,376.18 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address**<br>The Heating & Cooling Product LLC<br>58 Marion Ave<br>Butler, NJ 07405 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $46,293.17 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address**<br>Verizon Credit Card<br>PO Box 530916<br>Atlanta, GA 30353 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,618.95 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _3197_ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Andrew R. Turner, Esq.<br>76 South Orange Ave<br>Suite 306<br><br>South Orange, NJ 07079 | Line _3.6_<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.   Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 376,467.32 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 376,467.32 |

**Fill in this information to identify the case:**

Debtor name    Gavazzi Cooling & Heating, Inc.

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    24-18940

☐ Check if this is an
amended filing

## Official Form 206G
### Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☒ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name    Gavazzi Cooling & Heating, Inc.

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    24-18940

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Gragory Otto Gavazzi | 1009 Beaumont Court Leland, NC 28451 | Lakeland Bank | ☒ D ___2.2___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | Gragory Otto Gavazzi | 1009 Beaumont Court Leland, NC 28451 | Ferguson Enterprises LLC | ☒ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | Sharon Ann Gavazzi | 1009 Beaumont Court Leland, NC 28451 | Lakeland Bank | ☒ D ___2.2___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | Sharon Ann Gavazzi | 1009 Beaumont Court Leland, NC 28451 | Ferguson Enterprises LLC | ☒ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name _____Gavazzi Cooling & Heating, Inc._____

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY_____

Case number (if known)   24-18940_____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| For prior year:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br><br>☐ Other _____ | $132,996.00 |
| For year before that:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br><br>☐ Other _____ | $158,329.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Debtor | Gavazzi Cooling & Heating, Inc. | | Case number *(if known)* | 24-18940 |
|---|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | LUVR, Schwab & Kase, Inc. v. Gavazzi Cooling & Heating<br>ESX-L-3448-24 | Collection | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Debtor | Gavazzi Cooling & Heating, Inc. | | Case number (if known) 24-18940 |
|--------|---------------------------------|--|--------------------------------|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

## Part 6:   Certain Payments or Transfers

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  Norgaard O'Boyle & Hannon 184 Grand Avenue Englewood, NJ 07631 | | | $12,500.00 |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

### 13. Transfers not already listed on this statement

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

### 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

| Debtor | Gavazzi Cooling & Heating, Inc. | Case number (if known) | 24-18940 |
|---|---|---|---|

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Garage behind house<br>4 Father Hayes Dr<br>Haskell, NJ 07420 | Sharon Gavazzi & Gregory Gavazzi<br>1009 Beaumont Ct<br>Leland, NC 28451 | Tools and machinery | ☐ No<br>☒ Yes |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Gavazzi Cooling & Heating, Inc. | Case number *(if known)* 24-18940 |
|---|---|---|

---

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. Kevin Feeney Feeney CPA LLC 1167 Route 23 South Butler, NJ 07405 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

---

| Debtor | Gavazzi Cooling & Heating, Inc. | Case number *(if known)* | 24-18940 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
| --- |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Gregory Gavazzi | 22 Van Duyne Ave Haskell, NJ 07420 | President | 50 |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Sharon Gavazzi | 1009 Beaumont Ct Leland, NC 28451 | Vice President | 50 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Debtor | Gavazzi Cooling & Heating, Inc. | Case number *(if known)* | 24-18940 |
| --- | --- | --- | --- |

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     September 30, 2024

/s/   Gregory Gavazzi                              Gregory Gavazzi
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## District of New Jersey

In re   Gavazzi Cooling & Heating, Inc.

Debtor(s)

Case No.   24-18940

Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Gregory Gavazzi
22 Van Duyne Ave
Riverdale, NJ 07457 | | | |
| Sharon Gavazzi
1009 Beaumont Court
Leland, NC 28451 | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   September 30, 2024

Signature   /s/  Gregory Gavazzi

Gregory Gavazzi

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of New Jersey

In re    Gavazzi Cooling & Heating, Inc.                                    Case No.    24-18940
                                         Debtor(s)                          Chapter     11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

| | | |
|---|---|---|
| For legal services, I have agreed to accept .................................................................... | $ | |
| Prior to the filing of this statement I have received ...................................................... | $ | |
| Balance Due .................................................................................................................... | $ | |

☒ **RETAINER**

| | | |
|---|---|---|
| For legal services, I have agreed to accept and received a retainer of........................... | $ | 12,500.00 |
| The undersigned shall bill against the retainer at an hourly rate of............................... | $ | 400.00 |

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

☒ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☒ Debtor      ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| September 30, 2024 | /s/ Brian G Hannon |
| *Date* | Brian G Hannon |
| | *Signature of Attorney* |
| | Norgaard OBoyle Hannon |
| | 184 Grand Avenue |
| | Englewood, NJ 07631 |
| | (201) 871-1333   Fax: (201) 871-3161 |
| | bhannon@norgaardfirm.com |
| | *Name of law firm* |

# United States Bankruptcy Court
## District of New Jersey

In re    Gavazzi Cooling & Heating, Inc.                        Case No.    24-18940

                                          Debtor(s)             Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    September 30, 2024                       /s/ Gregory Gavazzi
                                                    Gregory Gavazzi/President
                                                    Signer/Title

American Express
PO Box 981537
El Paso, TX 79998-1537


American Express
PO Box 981537
El Paso, TX 79998-1537


Andrew R. Turner, Esq.
76 South Orange Ave Suite 306
South Orange, NJ 07079


Chase Ink
PO Box 15123
Wilmington, DE 19850-5123


Citi
PO Box 6004
Sioux Falls, SD 57117-6004


Ferguson Enterprises LLC
190 North Oberlin Avenue
Lakewood, NJ 08701


Gragory Otto Gavazzi
1009 Beaumont Court
Leland, NC 28451


Home Depot
PO Box 9001010
Louisville, KY 40290-1010


Lakeland Bank
250 Oak Ridge
Oak Ridge, NJ 07438


Luvr, Schwab & Kase, Inc.
9 Gloria Lane
Fairfield, NJ 07004


Quality Cooling Supply
1409 Chestnut Ave
Hillside, NJ 07205


Sharon Ann Gavazzi
1009 Beaumont Court
Leland, NC 28451


The Heating & Cooling Product LLC
58 Marion Ave
Butler, NJ 07405


Verizon Credit Card
PO Box 530916
Atlanta, GA 30353

# United States Bankruptcy Court
### District of New Jersey

In re    Gavazzi Cooling & Heating, Inc.            Case No.    24-18940

                         Debtor(s)            Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Gavazzi Cooling & Heating, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

---

September 30, 2024

Date

/s/ Brian G Hannon

Brian G Hannon
Signature of Attorney or Litigant
Counsel for   Gavazzi Cooling & Heating, Inc.
Norgaard OBoyle Hannon
184 Grand Avenue
Englewood, NJ 07631
(201) 871-1333  Fax:(201) 871-3161
bhannon@norgaardfirm.com

## United States Bankruptcy Court
### District of New Jersey

In re    Gavazzi Cooling & Heating, Inc.
_____

Case No.    24-18940
_____

Debtor(s)

Chapter    11
_____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I,  Gregory Gavazzi, declare under penalty of perjury that I am the President of  Gavazzi Cooling & Heating, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that  Gregory Gavazzi, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that  Gregory Gavazzi, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that  Gregory Gavazzi, President of this Corporation is authorized and directed to employ Brian G Hannon , attorney and the law firm of Norgaard OBoyle Hannon to represent the corporation in such bankruptcy case."

Date    September 30, 2024
_____

Signed    /s/  Gregory Gavazzi
_____

Gregory Gavazzi

Resolution of Board of Directors
of
Gavazzi Cooling & Heating, Inc.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that  Gregory Gavazzi, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that  Gregory Gavazzi, President  of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that  Gregory Gavazzi, President of this Corporation is authorized and directed to employ Brian G Hannon , attorney and the law firm of Norgaard OBoyle Hannon to represent the corporation in such bankruptcy case.

Date   September 30, 2024 _____         Signed   _____

Date   September 30, 2024 _____         Signed   _____