American Express
PO Box 981537
El Paso, TX 79998-1537

American Express
PO Box 981537
El Paso, TX 79998-1537

Andrew R. Turner, Esq.
76 South Orange Ave Suite 306
South Orange, NJ 07079

Chase Ink
PO Box 15123
Wilmington, DE 19850-5123

Citi
PO Box 6004
Sioux Falls, SD 57117-6004

Ferguson Enterprises LLC
190 North Oberlin Avenue
Lakewood, NJ 08701

Gragory Otto Gavazzi
1009 Beaumont Court
Leland, NC 28451

Home Depot
PO Box 9001010
Louisville, KY 40290-1010

Lakeland Bank
250 Oak Ridge
Oak Ridge, NJ 07438

Luvr, Schwab & Kase, Inc.
9 Gloria Lane
Fairfield, NJ 07004

Quality Cooling Supply
1409 Chestnut Ave
Hillside, NJ 07205

Sharon Ann Gavazzi
1009 Beaumont Court
Leland, NC 28451

The Heating & Cooling Product LLC
58 Marion Ave
Butler, NJ 07405

Verizon Credit Card
PO Box 530916
Atlanta, GA 30353